(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) _James St. Louis    446 518_
(Name of Plaintiff)        (Inmate Number)

_Delaware Correctional Center_

_1181 Paddock Road Smyrna De_
(Complete Address with zip code)    _19977_

(2) _None_
(Name of Plaintiff)        (Inmate Number)

_None_
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) _RALPH HEVERIN_

(2) _DAVID PIERCE_

(3) _OFFICER John Doe WILLIAMS et al._
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

**I.    PREVIOUS LAWSUITS**

**0 6 - 6 4 1**
(Case Number)
( to be assigned by U.S. District Court)

**CIVIL  COMPLAINT**

☑ Jury Trial Requested

FILED

OCT 1 7 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

A.    If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number
including year, as well as the name of the judicial officer to whom it was assigned:

_St. Louis    v.    MORRIS    et al        1:06-cv-236_

_Judge  Sue  Robinson        Doc # 11    9/26/2006_

_ST Louis    v    Wilson    et al        1:05 -cv- 38_

_Judge  Sue  Robinson                2005_

## II.    EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.    Is there a prisoner grievance procedure available at your present institution?    ✓·Yes   · ·No

B.    Have you fully exhausted your available administrative remedies regarding each of your present claims?   ·✓Yes  · ·No

C.    If your answer to "B" is Yes:

1. What steps did you take? *took complhaint to Deputy Warden and He Assigned a Lt to investigate Appeal.*

2. What was the result? *After investigation decide to holt another disciplinary hearing displite investigator agreeing that original disciplinary report was viodictive.*

D.    If your answer to "B" is No, explain why not: _____

_____

## III.    DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: _____ *RAIPH  HEVERIN* _____

Employed as *Hearing Officer* at *Delaware Correctional Center*

Mailing address with zip code: *1181 Paddock Road*

*Smyrna De. 19977*

*David*

(2) Name of second defendant: *Deputy Warden Pierce*

Employed as *Deputy Warden* at *Delaware Correctional Center*

Mailing address with zip code: *1181 Paddock Road*

*Smyrna De. 19977*

(3) Name of third defendant: *Hearing Officer Williams*

Employed as *Hearing Officer* at *Delaware Correctional center*

Mailing address with zip code: *1181 Paddock Road*

*Smyrna De. 19977*

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

*and any one else the judicial system deems responsible and who should be held accountable.*

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. Basic problems started 3/8/2005 with meeting with Lt Morris & Lt Legates after St Louis had complaint to Lt Legates about constitutional issues and threats and bribery against 1st Cook Govon on 3rd cooks. Was told in meeting per Morris which included Govon that he is incharge no matter what

2. On 3/19/2005 another meeting about threats and firing inmates by 1st cook and Lt Morris said had to follow procedures. Had to first give notice of infraction so there would be counseling by assigned officer for counselors report before anyone can be fired. And also asked us

3. at that time who we wanted fired out of kitchen and talked about how to handle it. He informed us she would talk to "her" officers and have them comply to our wishes. Since then interviews for promotions have been done with Govon offering questions and promotions to inmates for commissary these into comply got the questions he would ask                see exhibit B

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. St Louis is asking those involved whether active or inactive to be held accountable in their personal and official capacity not only for procedure violations but also for the double and triple jeopardy shown in a 1 instance complaint. St Louis want compensation for stress from mental, verbal and emotional abuse suffered along with humiliation and embarrassment. St Louis would like to see an injunction filed on main Kitchen and department of Corrections to force them to follow their own procedures in future

2. There already is infront of Judge Sue Robinson a civil action against the main kitchen officals for retaliation and hopes this incident at the main building can be taken care of so that

3. in the future anyone who wants to appeal a firing and Constitutional violation will not be punished further for trying to regain due process.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ____13____ day of ____October____, 2_006_.

James Sr. Lewis
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

## Certificate of Service

I, *James St. Louis*, hereby certify that I have served a true and correct cop(ies) of the attached: *Civil Rights Act*

*42 USC § 1983* upon the following

parties/person (s):

TO: *Office of the Clerk*
*United States District Court*
*844 N. King St. Lockbox 18*
*Wilmington*
*Delaware  19801-3570*

TO: _____
_____
_____
_____
_____

TO: *Deputy Attorney General*
*Department of Justice*
*820 N. French Street*
*Wilmington*
*Delaware  19801*

TO: _____
_____
_____
_____
_____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this _14_ day of _October_, 2006

*James St. Louis*

I/M Samuel A. Lewis
SBI# 444518 UNIT MHU 22 A (54)
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

legal mail

Office of the Clerk
United States District Court
844 N. King St. Lockbox 18
Wilmington DE.
19801-3570

legal mail


