IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES ST. LOUIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 06-641-SLR ) |
| RALPH HEVERIN, DAVID PIERCE, AND OFFICER BERNIE WILLIAMS, | ) ) ) ) |
| Defendants. | ) |

**AUTHORIZATION**



FILED OCT 30 2006

AD scanned

I, James St. Louis, SBI # 446518, request and authorize the agency holding me in custody to disburse to the Clerk of the Court all payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated October 26, 2006.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: 10/27, 2006.

*James St. Louis*
Signature of Plaintiff



I/M James St. Louis
SBI# 446518  UNIT MHU 22A 154
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

Office of the Clerk
United States District Court
844 N. King St. Lockbox 18
Wilmington Delaware
19801-3570