United States District Court
District of Delaware

James St. Louis                    Civil Action
        plaintiff                  # 06-0641 SLR

        v

Ralph Heveria, David Pierce       petition for
and officer Bernie Williams       appointment of
        defendants.               Counsel

        James St. Louis hereby petition the
Court for appointment of counsel for the
        following reasons

                                James St. Louis
                                SBI 446518
                                1181 Paddock Rd
                                Smyrna De.
                                        19977

FILED

JAN - 3 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD signed

Motion for Appointment of Counsel.

1. factual complexity

2. plaintiff ability to investigate
The plaintiff is locked up in segregation
and has no ability to investigate the facts.
ie. he is unable to identify, locate and
interview witnesses see Tucker v Randall
948 F2d 388 / Gatson v Coughlin 679 F.Supp 270
Armstrong v Snyder 103 FRD 96.105
In addition this case will require
Considerable discovery concerning the identity
of witnesses, the officer and his reports and
statements made and history of those involved
with like reports, see Tucker v Duckey 613
F.Supp 1124, 1133-34 (need for discovery
supports appointment of counsel)

3. Conflicting testimony - the plaintiffs
account of his happenings is squarely
in conflict with statements elicitated by
officials. This aspect of the case will be
a credibility contest between the defendant
and the plaintiff (and such inmate witnesses
as can be located) the existence of these
credibility issues support the appointment
of counsel see Gatson v Caughlin 679 FS

270, 273

4. The ability of the indigent to pursue
claim

The plaintiff is an indigent prisoner with
no legal training. A factor that supports the
appointment of counsel see Whisenant v
Yuam 739 F2d 160, 163. In addition he is
confended to segregated housing and
limited to legal materials see Rayes v
Johnson 969 F 2d 700, 703-04. (Citing lack
of ready access to a law library as a factor
supporting appointment of counsel.

5. legal complexity
The plaintiff has asked for a jury trial,
which requires much greater legal skills
than the plaintiff has or can develope. see
Abdullah v Gunter 949 F2d 1032, 1036
(citing jury demand as a factor supporting
appointment of counsel.

6. merits of the case the plaintiff
alledges if proved clearly would establish
a constitutional violation.

7. In deciding whether to appoint
counsel for an indigent litigant the
court should consider the factual

Complexity of this case, the ability of the indigent to investigate the facts, the existence of conflicting testimony, the ability of the indigent to present his claim and the complexity of the legal issues (see Abdullah v Gunter 949 F2d 1032)

In addition, courts have suggested that the most important factor is whether the case appears to have merit see Cooper v A Sargenti Co. Inc. 877 F2d 170,173

Wherefore, for the forgoing reasons, the court should grant the plaintiff motion and appoint counsel in this case.

I declare under penalty of prejudice that the foregoing is true and correct.

James S. Lewis
SBI # 446518
Delaware Correctional
1181 Paddock Road
Smyrna De.