In the United States District Court
For the District of Delaware

James St. Louis                    } Civil act. #
        plaintiff                         06-641-SLR
          v                            Motion to add
Ralph Heneren, David Pierce            defendants and actions
and officer Bernie Williams et al      to civil act. #
        defendants                         1:06 CV
                                              236

Plaintiff James St. Louis persuant to Memorandum
order dated 14th of December 2006 and without
ruling from motion to review dated 26 of December
2006 (motion to redress) and supported by
Judge Robenson's own #7 discussion ask this
to add to civil action 06-236-SLR defendants
named above along with Anthony Rendina with
exhibits, copy of procedures number 4.2 and
all information contanded in motion to file pertinent
evidence as judge has ruled both cases involve
the same nucleas and arguements and should
be addressed as one litigation.

        Plaintiff also wushes to inform court that
this action also involves retaliation seeing it
involves punishment when action was addressing
issue on appeal.

        Plaintiff asks this court to strike the
negative adversity for forma paupus which

attached to the decision of this case.

Plaintiff wishes to also add Counselor Mc.Mahan and Lt. Porter for classifying petitioner to segregated housing with points illegally given for a class II offense charged to petitioner in this case, and not following procedures set forth by State of Delaware Prisons Bureau of Affairs. (see Hope v Pelzer 122 S.Ct. 2508)

Plaintiff wishes to acknowledge that these actions are [not] based on innocence or guilt but on procedural due process violations, and Constitutional and state due process.

Plaintiff asks relief for personal injury and punishment that Judge Robinson perceives to be fair along with any sanctions and injunctions so this incident is [not] repeated and inmates would not be treated as non-entities with no rights.

I certify that on March 7 2007 I put a copy of this petition in U.S. mail to this court and also sent same copy of motion to Dept. of Justice, Wilmington De.

James St. Louis Jr.
SBI 446518
1181 Paddock Rd.
Smyrna De.

I/M *James St. Lewis*

SBI# 446518  UNIT W10a East

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

*Legal Mail*

*Office of the Clerk*
*U.S. District Court*
*844 King St. Lockbox 18*
*Wilmington Delaware*

*19801*

*Legal Mail*

UNITED STATES POSTAGE

02 1A
000460 8975
MAILED FROM ZIP CODE 19977

$ 00.39⁰

PITNEY BOWES

MAR 07 2007